# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WILLIAM A. HAWKINS, by his next friend, Ida Hawkins, individually and on behalf of all others similarly situated, | * | |
| | * | Civil Action No. JFM 09-CV-1122 |
| Plaintiffs, | * | |
| vs. | * | |
| CITICORP CREDIT SERVICES, INC. (USA), and | * | |
| | * | |
| MARGOLIS, PRITZKER, EPSTEIN & BLATT, P.A. | * | |
| Defendants. | * | |

## DISCLOSURE OF CORPORATE INTEREST

*Check all that apply:*

[ X ]  I certify, as party/counsel in this case that  <u>Margolis, Pritzker, Epstein & Blatt, P.A.</u>
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.)

[ ]  The following corporate affiliations exist with _____:
(name of party)

_____.
(names of affiliates)

[ ]  The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____
(names of entities with possible financial interests)

| | |
|---|---|
| <u>May 11, 2009</u> | <u>/S/</u> |
| Date | Signature |
| | <u>Jeffrey N. Pritzker</u>    <u>01546</u> |
| | Printed Name    Bar Number |

                                      *1110 Reisterstown Road, Suite 220*
                                      *Address*

                                      *Towson, Maryland 21204*
                                      *City/State/Zip*

                                      *410-823-2222*          *410-337-0098*
                                      *Phone No.*               *Fax No.*