UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM A. HAWKINS, by his next friend, Ida Hawkins, individually and on behalf of all others similarly situated, | * * * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 09-CV-01122-JFM |
| CITICORP CREDIT SERVICES, INC. (USA) | * | |
| and | * | |
| MARGOLIS, PRITZKER, EPSTEIN & BLATT, P.A., | * * | |
| Defendants. | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*

NOTICE OF APPEAL

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Take notice that plaintiff, William A. Hawkins, by his next friend and wife, Ida Hawkins, individually and on behalf of all others similarly situated, pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure, hereby appeals, to the United States Court of Appeals for the Fourth Circuit, those parts of the October 23, 2009 order by Judge J. Frederick Motz granting defendants Citicorp Credit Services, Inc. (USA) and Margolis, Pritzker, Epstein & Blatt, P.A.'s motions to dismiss in the above-captioned matter.

2

        Respectfully submitted,

        _____
        Jason A. Ostendorf
        Federal Bar No. 28495
        Jostendorf@ostendorflaw.com

        Law Office of Jason Ostendorf LLC
        One Corporate Center, Suite 400
        10451 Mill Run Circle
        Baltimore, MD  21117-5594
        Telephone: 410.356.8859
        Facsimile: 410.356.8804

Dated: November 23, 2009        Counsel for William A. Hawkins